**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Tara Lee Bruns

Case No: 18–40509 – MER

Debtor(s)

Chapter 7 Case

**ORDER TO REOPEN CASE**

An application or motion to reopen this case has been filed and appears to show cause for such reopening under Fed.R.Bankr.P. 5010 and 11 U.S.C. §350(b).

**IT IS THEREFORE ORDERED:**

1. This case is reopened.

2. The United States Trustee may serve as trustee if authorized, or shall appoint a trustee if appropriate.

3. The clerk shall serve this order on the applicant.

4. If the Applicant or movant is the former trustee, payment of the filing fee is deferred.

5. If the Applicant or movant sought to reopen the case in order to file a document, such document shall be filed within 60 days of the date of this order. If no such document is filed within 60 days and no application for extension of time is filed within that 60 days, the clerk shall close this case without further notice to the Applicant or movant.

Dated: 8/20/18

Michael E Ridgway
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on August 20, 2018
Lori Vosejpka Clerk, United States Bankruptcy Court
By: susan Deputy Clerk

**oreop** 09/24/14

United States Bankruptcy Court
District of Minnesota

In re:                                                                Case No. 18-40509-MER
Tara Lee Bruns                                                        Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0864-4    User: susan    Page 1 of 1    Date Rcvd: Aug 20, 2018
                        Form ID: oreop  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2018.
db              +Tara Lee Bruns,    2875 Arboretum Village Trail,    Chanhassen, MN 55317-4436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2018 at the address(es) listed below:
      Curtis K Walker    on behalf of Debtor 1 Tara Lee Bruns curtwalkerbky@gmail.com, igotnotices@bankruptcytruth.com;lookatnotices@bankruptcytruth.com
      Nauni Jo Manty    ecf@mantylaw.com, mn12@ecfcbis.com
      US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 3